USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXA BATES, EMINA ABDAGIC, GABRIELLA AGUILERA, YAZMIN ALI, TERRA ANGLIN, ASHLEY ARACENA, ROBYN ARLAN, LA CANADA ASUNCION, TRACI BATES, GEORGEANN BENEDICT, SHENISHA BOOTH, ELIZABETH BRUSS, LUCY ANN BURKE, CHRISTINA CALA, YENNIFER CAMPOS, SUSAN CHEYNE, MOLLY CLARK, CHLOE CORNELL, KIMBERLY COUTURE, DEAN DAMON, ESTHER EPSTEIN, MARIANA GOES, KIM GRAHAM, ROSEANNA GREGA, WENDY GREGORY, DIANA HASROUNI, NATASHA HOBSON, DONNA HUGHES, GIANNA IMBRONONE, NATALIE KIKKENBORG, RHONDA KOEHLER, KRISTINA LANE, JEANNE LASHMETT, JULIA LEHNEN, VICKIE LEWIS, JENNIFER LONGBINE, FELICIA MONTANO, NARAYANA MONTUFAR, MARIA GUADALUPE MORA, NICOLE MUSCARELLA, GIGI OLIVER, ELIANA PALMA, KRISTEN PEDLEY, CHRISTINA PIERRE, MICHELLE PHARES, LAUREN RACUSIN, SARAH RASHID, EMMANUEL REGISTER, MARITZA RIVERA, CARMEN ROSA, GINA RYAN, ANNYOCELI SANTIAGO, KAALAN SCHAEFFER, JULIANA STANSFIELD, CANDACE STIMSON, MARYAM TEHRANIE, SUZANNE TILLOTSON, MEGAN TRAMA, JEANETTE TRAVIS, STELLA WARDA, SHIRLEY WEISS, JENNIFER HITCOMB, JILLIE WILLIAMS, and AMANDA WILSON,

       Plaintiffs,

   -against-

DEVA CONCEPTS, LLC, *a Delaware Limited Liability Company d/b/a* DEVA CURL,

       Defendant.
-----------------------------------------------------------------X
CRYSTAL ADAMS, HUGUETTE AMPUDIA, ERICKA APPLEBEE, DAYANA ARIZAGONZALEZ, STEFFANE BARRETT, RACHEL BIRD, RANDY ELLEN BLAUSTEIN, MARY ELLEN BRANDT, COREY CAIN, STACEY CARPENTER, ASHLEY CARTER, AMANDA CLAY, JANET CLEARY, ADDISON CLINE, DANNAH COLLINS, JESSICA COLLINS, KELSIE CORAY, LADAWN CRAFT PARRISH, APRIL CREEL, LACEY CROKER, ALICIA

1:20-cv-09056-GHW

1:20-cv-09717-GHW

ORDER

| | |
|---|---|
| DA CRUZ, ESRAA DARWISH, BAILEY DAVALL, SHANNON DAVERSA, DANIELE DEGRANDIS-KNEER, MEGAN DICKEY, MARISA EDWARDS, VANESSA ESPERAZA, MELISSA EVANS, KEONTE' FISHER, ALISON FITZWILLIAM, SUSAN FLEMING, HANNAH FLETCHER, JUANITA GARCIA, BRITTAINY HALL, JOSEPHINE HARRIS, TARA HASTOO, REBECCA HAWK, LUBNA HECTOR, CINDI HEIN, SHERRY HIDLEBAUGH, TAYLOR HOBBS, MICHELLE HOWARD, *individually and on behalf of M.L., a minor*, MARIUM HUSSAIN, TRACIE HUNT, TERRILYN HUNTER, CHARLYNE JACOBS-BURROWS, LESLIE JETER, ALEXIS JOHNSON, LIANA KANAANEH, TIFFANY KEATING, SARAH KELLY, SUSAN KING, KATHERINE KOZY, KATRINA LEE, SAMITIA LEE, NICOLE LOVITT, AYESHA MALIK, HOLLY MATESKY, ALMA MEDINA, ANA MENDOZA, DANIELA MENDOZA, LAURIE MILLER, NABILA MOHAMMED, HUONG NGUYEN, ANDREA PATIN, ASIA PERKINS, KYTO RAINES, ALLYSON RAINEY, LESLIE RAMOS, VILMA RAMOS, DANIELLE RAND BYRD, TARYN RAY, MIKA REED, CASSIDY REPHANN, KELLY REPHANN, WHITNEY RICE, ANGELA SHUFORD, TARA SPARKS, SEWIT SIUM, TRACI STEO, REBECCA TAYLOR, CHERYL THERIAULT, KRISTINA THOMAS, TARYN TOMASIK, YESSENIA TORRES, ASHLEY VALENTIN, BOBBIE VANSLYKE, KENIA VAZQUEZ, SARINA VERGARA, MICHELLE WALTON, ANGHARAD WARING, SALLY WARM, GINI WARNER, NANCI WEITZMAN, JANICE WILLIAMS, BRITNEY WINTERS, KRISTIN WYNN, JENNIFER ZUNIGA, and NIKOLA ZURAK, | : : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Plaintiffs, -against- | : : : |
| DEVA CONCEPTS LLC, | : : |
| Defendant. | : |

GREGORY H. WOODS, District Judge:

For the reasons stated on the record during the March 18, 2021 conference in *Bates et al v. Dev A Concepts, LLC*, Case No. 1:20-cv-09056-GHW, the Court will defer setting a discovery schedule in that case. Instead, the *Bates* parties are ordered to participate in the initial pretrial

2

conference scheduled for May 5, 2021 in *Adams v. Deva Concepts, LLC*, Case No. 1:20-cv-09717-GHW, and to coordinate with counsel in *Adams* to propose a consolidated discovery schedule.

The parties are directed to submit a joint status letter and proposed case management plan by no later than April 28, 2021. *See* Dkt. No. 16, *Adams v. Deva Concepts, LLC*, Case No. 1:20-cv-09717.

SO ORDERED.

Dated: March 19, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge