```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALEXA BATES, et al.,

                  Plaintiffs,        1:20-cv-09056-GHW

   -against-        1:20-cv-09717-GHW

DEVA CONCEPTS, LLC, *a Delaware Limited Liability*        ORDER
*Company d/b/a* DEVA CURL,

                  Defendant.
-------------------------------------------------------------------X
CRYSTAL ADAMS, et al.,

                  Plaintiffs,
   -against-

DEVA CONCEPTS LLC,

                  Defendant.
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

     As stated on the record during the April 12, 2021 conference, Defendant's motions to compel arbitration are due no later than May 7, 2021. Plaintiffs' oppositions are due no later than four weeks following service of the motions. Defendant's replies, if any, are due no later two weeks following service of Plaintiffs' oppositions. "In deciding motions to compel [arbitration], courts apply a 'standard similar to that applicable to a motion for summary judgment.'" *Nicosia v. Amazon.com, Inc.*, 834 F.3d 220, 229 (2d Cir. 2016) (quoting *Bensadoun v. Jobe-Riat*, 316 F.3d 171, 175 (2d Cir. 2003)). Accordingly, in connection with its motions, Defendant must provide all documents that are required to accompany a motion for summary judgment, including a memorandum of law, a statement pursuant to Local Civil Rule 56.1, and any additional materials with which it intends to support the motion, including affidavits or declarations.

Defendant's anticipated motions to dismiss are due no later than June 15, 2021. Plaintiffs' oppositions are due no later than four weeks following service of the motions. Defendant's replies, if any, are due no later two weeks following service of Plaintiffs' oppositions.

For the reasons stated on the record during the April 12, 2021 conference, discovery is stayed in both cases referenced in the above caption, pending resolution of the motions to compel arbitration and the motions to dismiss. The initial pretrial conference scheduled for May 5, 2021 and the April 28, 2021 deadline for the parties to submit the joint letter and case management plan described in the Court's March 19, 2021 order, are adjourned sine die.

SO ORDERED.

Dated: April 12, 2021  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge