```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
ALEXA BATES, et al.,                                             :
                                                                 :
                              Plaintiffs,                        :    1:20-cv-09056-GHW
                                                                 :
            -against-                                            :    1:20-cv-09717-GHW
                                                                 :
DEVA CONCEPTS, LLC, *a Delaware Limited Liability*               :
*Company d/b/a* DEVA CURL,                                       :    ORDER
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
                                                                 :
CRYSTAL ADAMS, et al.,                                           :
                              Plaintiffs,                        :
            -against-                                            :
                                                                 :
DEVA CONCEPTS LLC,                                               :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

As per the Court's May 6, 2021 Order, Dkt. No. 29, Defendant's motions to compel arbitration were due no later than July 13, 2021, and Defendant's motions to dismiss were due no later than August 20, 2021.  The deadlines for those motions have passed and no motions have been filed.  Accordingly, the Court understands that the Defendants no longer plan to move to compel arbitration or dismiss.  Absent any indication that doing so is unwarranted, the Court plans to lift the stay of discovery and set discovery deadlines in this matter.

As follows, the Parties are directed to submit a joint letter describing the status of case no later than August 31, 2021.

SO ORDERED.

Dated: August 24, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge