UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2023
```

-----------------------------------------------------------------------X

ALEXA BATES, *et al.*,

                     Plaintiffs,

    -against-

DEVA CONCEPTS, LLC,

                     Defendant.

-----------------------------------------------------------------------X

CRYSTAL ADAMS, *et al.*,

                     Plaintiffs,

    -against-

DEVA CONCEPTS, LLC,

                     Defendant.

-----------------------------------------------------------------------X

1:20-cv-09056-GHW
1:20-cv-09717-GHW

ORDER

GREGORY H. WOODS, District Judge:

    *Bates* Plaintiffs' request to adjourn the conference scheduled for March 31, 2023 is granted. The conference scheduled for March 31, 2023 is adjourned to April 7, 2023 at 10:00 a.m. The Court will rule on the pending motions to dismiss, Dkt. Nos. 55 and 64, at the conference orally. Defendant's motions to dismiss will be granted in part and denied in part.

    The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. Nos. 55 and 71 in *Bates et al v. Dev A Concepts, LLC* and Dkt. No. 64 in *Adams et al. v. Deva Concepts, LLC.*

    SO ORDERED.

Dated: March 30, 2023
New York, New York

                                                        GREGORY H. WOODS
                                                  United States District Judge