```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXA BATES, *et al.*,

                 Plaintiffs,      1:20-cv-09056-GHW

    -against-      1:20-cv-09717-GHW

DEVA CONCEPTS LLC,      ORDER

                 Defendant.
-----------------------------------------------------------------X

CRYSTAL ADAMS, *et al.*,
                 Plaintiffs,
    -against-

DEVA CONCEPTS LLC,

                 Defendant.
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

    For the reasons stated on the record during the hearing held on April 7, 2023, Defendant's motions to dismiss, Dkt. Nos. 55 and 64, are granted in part and denied in part. The Court grants Plaintiffs leave to replead the dismissed claims. Any amended complaint must be filed no later than April 28, 2023.

    SO ORDERED.

Dated: April 10, 2023
New York, New York

                                            GREGORY H. WOODS
                                     United States District Judge