```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

ALEXA BATES, *et al.*,

                              Plaintiffs,

            -against-

DEVA CONCEPTS LLC,

                              Defendant.

------------------------------------------------------------------------X

CRYSTAL ADAMS, *et al.*,

                              Plaintiffs,

            -against-

DEVA CONCEPTS LLC,

                              Defendant.

------------------------------------------------------------------------X

1:20-cv-09056-GHW

1:20-cv-09717-GHW

ORDER

GREGORY H. WOODS, District Judge:

      Defendant's request for a pre-motion conference is granted. The Court will hold a teleconference regarding Defendant's proposed motion to dismiss on May 18, 2023 at 1:30 p.m. The conference will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

      SO ORDERED.

Dated: May 11, 2023
New York, New York

                                                            GREGORY H. WOODS
                                                             United States District Judge