```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXA BATES, *et al.*,

                          Plaintiffs,

          -against-

DEVA CONCEPTS LLC,

                          Defendant.
-----------------------------------------------------------------X
CRYSTAL ADAMS, *et al.*,

                          Plaintiffs,

          -against-

DEVA CONCEPTS LLC,

                          Defendant.
-----------------------------------------------------------------X

1:20-cv-09056-GHW

1:20-cv-09717-GHW

ORDER

GREGORY H. WOODS, District Judge:

      For the reasons stated during the teleconference held on July 18, 2023, the deadline for the parties to file and serve supplemental briefing regarding whether the Court can and should determine prior to the commencement of discovery that bellwether trials will be used to resolve the case and the structure of such bellwether trials is August 8, 2023.  The deadline for the parties to file and serve replies, if any, is August 25, 2023.

      SO ORDERED.

Dated: July 19, 2023
New York, New York

                                                  _____
                                                     GREGORY H. WOODS
                                                   United States District Judge