```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
                                                                 :

CRYSTAL ADAMS, *et al.*,

                                     Plaintiffs,

- against -                            **ORDER**

DEVA CONCEPTS, LLC,                 1:20-cv-9717-GHW

                                     Defendant.

---------------------------------------------------------------- X

---------------------------------------------------------------- X

ALEXA BATES, *et al.*,

                                     Plaintiffs,

- against -                            1:20-cv-9056-GHW

DEVA CONCEPTS, LLC,

                                     Defendant.

---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On January 15, 2024, Plaintiff's counsel in the *Bates* case "move[d] to withdraw as attorneys of record for Plaintiffs Yazmin Ali, Kimberly Couture, Mariana Goes, Annyoceli Santiago, and Shirley Weiss," supported by an affidavit. Dkt. No. 126 (*Bates*). A similar motion was filed in the *Adams* case, in which Plaintiff's counsel "move[d] to withdraw as counsel for Plaintiffs Marium Hussain, Allyson Rainey and Tara Sparks," supported by an affidavit. Dkt. No. 133 (*Adams*).

The Court will hold a conference by telephone to discuss these requests on February 9, 2024 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in

number for the conference and other relevant instructions.  Specifically, the parties should call into the Court's dedicated conference line at (888) 557-8511, and enter Access Code 747-0200, followed by the pound (#) key.

The following procedures shall apply to all teleconferences with the Court:  Counsel should use a landline whenever possible, should use a headset instead of speakerphone, and must mute themselves whenever they are not speaking to eliminate background noise.  In addition, counsel should not use voice-activated systems that do not allow the user to know when someone else is trying to speak at the same time.  To facilitate orderly teleconferences and the creation of an accurate transcript where a teleconference is held on the record, counsel are required to identify themselves every time they speak.  Counsel should spell any proper names for the court reporter.  Counsel should also take special care not to interrupt or speak over one another.  The recording of any court conference is prohibited by law.  Like in-person conferences, telephone conferences are open to the public.  Members of the public or the press may join a telephone conference using the dial-in information above.

**In addition to the parties' counsel, Plaintiffs Yazmin Ali, Kimberly Couture, Mariana Goes, Annyoceli Santiago, Shirley Weiss, Marium Hussain, Allyson Rainey, and Tara Sparks are ordered to personally attend the conference.**  "'[A]ll litigants . . . have an obligation to comply with court orders,' and failure to comply may result in sanctions." *Agiwal v. Mid Island Mortg. Corp.*, 555 F.3d 298, 302 (2d Cir. 2009) (quoting *Minotti v. Lensink*, 895 F.2d 100, 103 (2d Cir. 1990)).  If Plaintiffs Yazmin Ali, Kimberly Couture, Mariana Goes, Annyoceli Santiago, Shirley Weiss, Marium Hussain, Allyson Rainey, and Tara Sparks do not attend the conference, that could result in the Court dismissing their claims against the defendants for failure to prosecute.

3

      Plaintiffs' counsel is directed to serve this order on Plaintiffs Yazmin Ali, Kimberly Couture, Mariana Goes, Annyoceli Santiago, Shirley Weiss, Marium Hussain, Allyson Rainey, and Tara Sparks.

      SO ORDERED.

Dated: February 2, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge